**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                    CASE NO.  3:06-cr-303-J-33MCR

LUIS REYES

## O R D E R

Based upon a memorandum dated October 13, 2006, from Pretrial Services, this cause was scheduled for a status hearing.  At the hearing, defense counsel announced Mr. Reyes has been hospitalized for psychiatric reasons pursuant to the Baker Act.  Accordingly, having heard the positions of counsel, it is

**ORDERED:**

Defense counsel shall communicate with the United States Attorney's Office and Pretrial Services at the end of the seventy-two (72) hour hospitalization period, or whenever Defendant is released, to consider the need for further judicial involvement, and shall advise the Court in that regard.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of October, 2006.

/s/         Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

    counsel of record
    and *pro se* parties, if any

Pretrial Services